# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARLENE GORE**, | : | CIVIL ACTION NO. 1:13-CV-2151 |
| Plaintiff | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN, ACTING** | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY,** | : | |
| Defendant | : | |

# ORDER

AND NOW, this 26th day of September, 2014, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Sharlene Gore as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Sharlene Gore disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania